12127029702        SACK AND SACK

```
                                          02:49...  11-19-2007      2/2
                                          08:47 am  USDC SDNY       2/2
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY RUSSELL FRAZIER,

                          Plaintiff,

- against -

TIFFANY & CO. and DAVID WILSON,

                          Defendants.

**STIPULATION EXTENDING TIME**

07 Civ. 9366 (SS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants to answer, move or otherwise respond to the Complaint filed in this action, is hereby extended to and includes December 17, 2007.

Dated: November 30, 2007

**SACK & SACK, ESQS.**

By: _____
    Jonathan Sack, Esq. (JSS-1835)

110 East 59th Street, 19th Floor
New York, New York 10022
(212) 702-9000

Attorneys for Plaintiff

**NIXON PEABODY LLP**

By: _____
    Daniel A. Rizzi (DR-7153)

50 Jericho Quadrangle, Third Floor
Jericho, New York 11753
(516) 832-7500

Attorneys for Defendants

SO ORDERED:

_____
Shira Scheindlin, U.S.D.J.

10801654.1