Daniel A. Rizzi, Esq. (DR-7153)
Nixon Peabody LLP
50 Jericho Quadrangle, Third Floor
Jericho, New York 11753-2728
(516) 832-7594; (516) 832-7555 (facsimile)
drizzi@nixonpeabody.com
Attorneys for Defendants Tiffany and Company
  and David Wilson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY RUSSELL FRAZIER,<br><br>                                    Plaintiff,<br><br>- against -<br><br>TIFFANY & CO. and DAVID WILSON,<br><br>                                    Defendants. | 07 Civ. 9366<br>(Scheindlin, J.) |

**DEFENDANT'S DISCLOSURE STATEMENT**
**PURSUANT TO FRCP 7.1**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tiffany and

Company, by its undersigned counsel Nixon Peabody LLP, hereby discloses that it is a wholly-

owned subsidiary of Tiffany & Co., a Delaware corporation which is publicly traded.

Dated: Jericho, New York
       December 17, 2007                **NIXON PEABODY LLP**


                                        By: /S/ Daniel A. Rizzi
                                             Daniel A. Rizzi (DR-7153)
                                        50 Jericho Quadrangle, Third Floor
                                        Jericho, New York 11753
                                        (516) 832-7500; (516) 832-7555 (fax)
                                        drizzi@nixonpeabody.com
                                        Attorneys for Defendant Tiffany and Company
                                          and David Wilson

10790204.1