UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                                :

**HARRY RUSSELL FRAZIER,**      :

                                     :      **ORDER OF**

                **Plaintiff,**     :      **DISCONTINUANCE**

                                     :

        -against-          :      07 Civ. 9366 (SAS)

                                     :

**TIFFANY & CO and DAVID WILSON,**  :

                                     :

              **Defendants.**    :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                           SO ORDERED:

                                                           *[signature]*
                                                            Shira A. Scheindlin
                                                             U.S.D.J.

Dated:     New York, New York
               February 22, 2008

## - Appearances -

**For Plaintiff:**

Jonathan Scott Sack, Esq.
Sacks & Sacks, LLP
110 East 59th Street, 19th Floor
New York, NY 10022
(212) 702-9000
Fax: (212) 702-9702

**For Defendants:**

Daniel A. Rizzi, Esq.
Nixon Peabody, LLP
50 Jericho Quandrangle, Ste. 300
Jericho, NY 11753
(516) 832-7594
Fax: (866) 947-2035