USDC SDNY

FILED

3/19/08

MAR 19 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY RUSSELL FRAZIER,

Plaintiff,

- against -

TIFFANY CO. and DAVID WILSON,

Defendants.

07 Civ. 9366
(SAS)(GWG)

STIPULATION AND ORDER OF DISMISSAL
OF PLAINTIFF'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties that all of the claims in the above-captioned action are dismissed, with

prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party will

bear its own costs and attorneys fees.

Dated: March 17, 2008

SACK & SACK, ESQS,                          NIXON PEABODY LLP

By: _____                By: _____
    Jonathan Sack, Esq.                         Daniel A. Rizzi, Esq.
    (JSS – 1835)                                (DR – 7153)

110 East 59th Street, 19th Floor            50 Jericho Quadrangle, Third Floor
New York, New York 10022                    Jericho, New York 11753
(212) 702-9000                              (516) 832-7500

Attorneys for Plaintiff                     Attorneys for Defendants

So Ordered: _____, U.S.D.J.

3/19/08